IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RUDY JEROME VILLAREAL                                                                    PLAINTIFF

VS.                                         Civil No. 4:11-CV-4067

MANYA K. WOOD, Deputy
Prosecuting Attorney                                                                     DEFENDANT

## JUDGMENT

Before the Court is the Report and Recommendation filed November 8, 2011, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 6). Judge Bryant recommends that the Plaintiff's Complaint (ECF No. 1) be dismissed in its entirety. Judge Bryant further recommends that this case be considered a "strike" for Section 1915(g) purposes and the Clerk of Court be directed to place the appropriate flag on this case. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Complaint is **DISMISSED**.

**IT IS SO ORDERED**, this 28th day of November, 2011.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge